```
                              FILED
                              October 19, 2011
                              CLERK, US DISTRICT COURT
                              EASTERN DISTRICT OF
                              CALIFORNIA
                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:11-cr-00427-LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| ALEXANDER KOKHANETS, | ) | |
| | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ALEXANDER KOKHANETS ; Case 2:11-cr-00427-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     _X_    Release on Personal Recognizance

     _    Bail Posted in the Sum of _____

     _    Unsecured Appearance Bond in the amount of $

     _    Appearance Bond with 10% Deposit

     _    Appearance Bond secured by Real Property

     _    Corporate Surety Bail Bond

     _    (Other) Pretrial Supervision/Conditions.

Issued at __Sacramento, CA__ on _____10/19/11_____ at ___2:00 p.m.___.

By  /s/ Carolyn K. Delaney
       Carolyn K. Delaney
       United States Magistrate Judge