BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER KOKHANETS,<br>BORIS MURZAK,<br>ZINAIDA MURZAK, and<br>VITALIY TUZMAN,<br><br>Defendants. | CASE NO. 2:11-CR-427 LKK<br><br>ORDER |

The government's motion to dismiss the indictment against the above-named defendants in case number 2:11-CR-427 LKK is granted. Fed. R. Crim. P. 48(a). The indictment, as to ALEXANDER KOKHANETS, BORIS MURZAK, ZINAIDA MURZAK, and VITALIY TUZMAN, is hereby dismissed without prejudice.

DATE: July 22, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT